Adam Nyhan (admitted *pro hac vice*)
CONSTANTINE CANNON LLP
450 Lexington Avenue,
17th Floor
New York, NY 10017
Telephone: (212) 350-2772
Facsimile: (212) 350-2701
Email: anyhan@constantinecannon.com

Christopher W. Keegan, Bar No. 232045
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1882
Facsimile: (415) 439-1682
Email: ckeegan@kirkland.com

*Attorneys for Plaintiff*
DISCOVER FINANCIAL SERVICES, INC.

Grace Carter, Bar No. 101610
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

*Attorneys for Nonparty*
EDGAR, DUNN & COMPANY

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| DISCOVER FINANCIAL SERVICES, INC.,<br><br>Plaintiff,<br><br>– against –<br><br>VISA U.S.A. INC., VISA INTERNATIONAL SERVICE ASSOCIATION, MASTERCARD INCORPORATED and MASTERCARD INTERNATIONAL INCORPORATED,<br><br>Defendants. | **Case No. 3:07-mc-80096 PJH (EMC)**<br>**Case Pending in S.D.N.Y.:**<br>**Case No. 04 Civ. 7844 (S.D.N.Y.)(BSJ)**<br><br>**STIPULATION & [~~PROPOSED~~] ORDER REGARDING SCHEDULE FOR BRIEFING AND EXPEDITED HEARING ON DISCOVER'S MOTION TO COMPEL NONPARTY EDGAR, DUNN & COMPANY** |

|   |   |
|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC. | : : : |
| Plaintiff, | : : |
| – against – | : : |
| VISA U.S.A., INC. *et al.* | : : |
| Defendants. | : : |

IT IS HEREBY STIPULATED AND AGREED by and among undersigned counsel for Plaintiff Discover Financial Services, Inc. ("Discover") and nonparty Edgar, Dunn & Company ("EDC") that the briefing and hearing schedule for the resolution of Discover's Motion to Compel Compliance with Subpoena *Duces Tecum* by Nonparty Edgar, Dunn & Company shall be as follows. EDC shall file and serve its Opposition on or before April 19, 2007. Discover shall file and serve its Reply on or before April 25, 2007. The hearing on the Motion shall take place on ~~April 30, 2007 at _____ __.m.~~ [May 2, 2007 at __10:30__ _a_.m.].

IT IS SO ORDERED.

Dated: April 13, 2007

Respectfully submitted,

\s\

Adam Nyhan (admitted *pro hac vice*)
CONSTANTINE CANNON LLP
450 Lexington Avenue, 17th Floor
New York, NY 10017
Telephone: (212) 350-2772
Facsimile: (212) 350-2701
Email: anyhan@constantinecannon.com

Stipulation & Proposed Order
Regarding Schedule

2 of 10

89689.1

Christopher W. Keegan, Bar No. 232045
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104 /s/
Telephone: (415) 439-1882
Facsimile: (415) 439-1682
Email: ckeegan@kirkland.com

*Attorneys for Plaintiff*
DISCOVER FINANCIAL SERVICES, INC.

Grace Carter, Bar No. 101610
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

*Attorneys for Nonparty*
EDGAR, DUNN & COMPANY

IT IS SO ORDERED:



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

_____
EDWARD M. C[HEN]
U.S. Magistrate J[udge]

Stipulation & Proposed Order
Regarding Schedule

3 of 10

89689.1

# CERTIFICATE OF SERVICE

I, ADAM NYHAN, am over the age of eighteen years and not a party to the above-referenced actions. I am an employee of Constantine Cannon LLP, 450 Lexington Avenue, 17th Floor, New York, NY 10017.

On April 13, 2007, I caused the following to be served:

- **STIPULATION & [PROPOSED] ORDER REGARDING SCHEDULE FOR BRIEFING AND HEARING ON DISCOVER'S MOTION TO COMPEL NONPARTY EDGAR, DUNN & COMPANY**

via e-mail and first-class mail to the following nonparty:

> Grace Carter, Esq.
> Paul Hastings, Janofsky & Walker LLP
> 55 Second Street, 24th Floor
> San Francisco, California 94105

and via e-mail and first-class mail to certain parties as indicated:

John W. Keker
Ragesh K. Tangri
Asim Bhansali: ABhansali@kvn.com
Daniel Purcell: DPurcell@kvn.com
Steven Ragland: SRagland@kvn.com
**KEKER & VAN NEST, LLP**
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

David Gersch: David_Gersch@aporter.com
Mark Merley: Mark_Merley@aporter.com (hard copy designee)
Daniel A. Cantor: Daniel.Cantor@aporter.com
Julie B. Rottenberg: Julie.Rottenberg@aporter.com
Susan G. Lee: Susan.Lee@aporter.com
Michael A. Rubin: Michael.Rubin@aporter.com
M. Sean Laane: Sean.Laane@aporter.com
Chad Higgins: Chad.Higgins@aporter.com
Dana Lee: Dana.Lee@aporter.com
**ARNOLD & PORTER LLP**
555 12th Street, NW
Washington, DC 20004-1206
Telephone: (202) 942-5000

Facsimile: (202) 942-5999

Robert C. Mason: Robert.Mason@aporter.com
**ARNOLD & PORTER LLP**
399 Park Avenue
New York, NY 10022-4690
Telephone: (212) 715-1000
Facsimile: (212) 715-1399

*Counsel for Defendant Visa U.S.A. Inc.*

Joseph F. Tringali: jtringali@stblaw.com (hard copy designee)
Kenneth R. David: kdavid@stblaw.com
**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

Arman Y. Oruc: aoruc@stblaw.com (by hard copy)
Abram Ellis: aellis@sbtlaw.com
**SIMPSON THACHER & BARTLETT LLP**
555 11th Street, N.W., 7th Floor
Washington, D.C. 20004
Telephone: (202) 220-7700
Facsimile: (202) 220-7702

*Counsel for Defendants MasterCard Incorporated and MasterCard International Incorporated*

Kenneth A. Gallo: kgallo@paulweiss.com
Patricia C. Crowley: pcrowley@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1615 L Street, NW
Washington, DC 20036-5694
Telephone: (202) 223-7300
Facsimile: (202) 223-7420

Maria T. Vullo: mvullo@paulweiss.com
Gary R. Carney: gcarney@paulweiss.com
Amy Barton: abarton@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas

New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Counsel for Defendants MasterCard Incorporated and MasterCard International Incorporated in the American Express action only*

Edward C. Fitzpatrick: efitzpatrick@lordbissell.com
A. Kelly Turner: kturner@lordbissell.com (hard copy designee)
Mona M. Stone: mstone@lordbissell.com
**LORD, BISSELL & BROOK LLP**
111 South Wacker Drive
Chicago, IL 60606-4410
Telephone: (312) 443-0700
Facsimile: (312) 443-0336

Jackie Redin Klein: jklein@lordbissell.com
**LORD, BISSELL & BROOK LLP**
300 S. Grand, Suite 800
Los Angeles, CA 90071
Telephone: (213) 485-1500
Facsimile: (213) 341-6779

Richard J. Leveridge: LeveridgeR@dicksteinshapiro.com
Alicia Batts: BattsA@dicksteinshapiro.com
Ann Marie Luciano: LucianoA@dicksteinshapiro.com.
**DICKSTEIN SHAPIRO LLP**
1825 Eye Street NW
Washington, DC 20006
Telephone: (202) 420-2200
Facsimile: (202) 420-2201
*Counsel for Defendant Visa International Service Association*

Andrew J. Frackman: afrackman@omm.com
Edward D. Hassi: ehassi@omm.com
Ken Murata: kmurata@omm.com
Peter Herrick: pherrick@omm.com (hard copy designee)
**O'MELVENY & MYERS LLP**
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: 212-326-2000
Facsimile: 212-326-2061

1  Richard G. Parker: rparker@omm.com
   **O'MELVENY & MYERS LLP**
2  1625 Eye Street, NW
3  Washington, D.C. 20006-4001
   Telephone: 202-383-5380
4  Facsimile: 202-383-5414

5  *Counsel for Defendants Capital One F.S.B.,*
6  *Capital One Bank, and Capital One Financial*
   *Corporation*
7

8  Charles E. Buffon: cbuffon@cov.com
   Joanne B. Grossman: jgrossman@cov.com
9  Robert D. Wick: rwick@cov.com
   Joseph Zambuto, Jr.: jzambuto@cov.com (hard copy designee)
10 **COVINGTON & BURLING LLP**
11 1201 Pennsylvania Ave., N.W.
   Washington, D.C. 20004-2401
12 Telephone: (202) 662-6000
   Facsimile: (202) 662-6291
13

14 Andrew A. Ruffino: aruffino@cov.com
   **COVINGTON & BURLING**
15 1330 Avenue of the Americas
   New York, NY 10019-5400
16 Telephone: (212) 841-1000
17 Facsimile: (646) 441-9097

18 *Counsel for Defendants JPMorgan Chase*
   *& Co., Chase Bank USA, N.A., Bank One,*
19 *Delaware, N.A., and Bank One Corporation*

20

21 John J. Soroko: Soroko@duanemorris.com
   Edward G. Biester, III: EGBiester@duanemorris.com
22 John E. Sindoni: JESindoni@duanemorris.com
23 **DUANE MORRIS LLP**
   30 South 17th Street
24 Philadelphia, PA 19103-4196
   Telephone: 215-979-1000
25 Facsimile: 215-979-1020

26
   Eric J. Sinrod: EJSinrod@duanemorris.com (hard copy designee)
27 Minh T. Hoang: MTHoang@duanemorris.com
28 **DUANE MORRIS LLP**

Stipulation & Proposed Order
Regarding Schedule                    7 of 10                             89689.1

One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415-371-2200
Facsimile: 415-371-2201

*Counsel for Defendants Providian Financial Corporation and Providian National Bank*

Peter N. Wang:  pwang@foley.com
Robert A. Scher:  rscher@foley.com
**FOLEY & LARDNER LLP**
90 Park Avenue
New York, NY 10016-1314
Telephone: 212-682 7474
Facsimile: 212- 687 2329

Maurice J. McSweeney:  mmcsweeney@foley.com
Michael C. Lueder:  mlueder@foley.com  (hard copy designee)
James T. McKeown:  jmckeown@foley.com
Jodi L. Malek:  jmalek@foley.com
Peter C. Furrer:  pfurrer@foley.com
**FOLEY & LARDNER LLP**
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306
Telephone: 414-271-2400
Facsimile: 414-297-4900

*Counsel for Defendants U.S. Bancorp and U.S. Bank National Association*

William F. Cavanaugh:  wfcavanaugh@pbwt.com
Sarah E. Zgliniec:  sezgliniec@pbwt.com (hard copy designee)
Michael E. Campion:  mecampion@pbwt.com
Evan Mandel:  emandel@pbwt.com
**PATTERSON, BELKNAP, WEBB & TYLER LLP**
1133 Avenue of the Americas
New York, New York 10036
Telephone: (212) 336-2000
Facsimile: (212) 336-2222

*Counsel for Wells Fargo Bank (Arizona), N.A., Wells Fargo Financial National Bank, Wells Fargo Financial, Inc., and Wells Fargo & Company*

Jennifer M.H. Selendy:  jselendy@kirkland.com (hard copy designee)

Robert S. Cohen:  rcohen@kirkland.com
Andrew Horne:  ahorne@kirkland.com
Laura B. Kadetsky:  lkadetsky@kirkland.com
William S.W. Chang  wchang@kirkland.com
John Creegan:  jcreegan@kirkland.com
**KIRKLAND & ELLIS LLP**
Citigroup Center
153 East 53rd Street
New York, NY 10022
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900

Jeffrey I. Shinder:  jshinder@constantinecannon.com
Alysia A. Solow  asolow@constantinecannon.com
Michelle A. Peters  mpeters@constantinecannon.com
Matt Seelig:  mseelig@constantinecannon.com
**CONSTANTINE CANNON LLP**
450 Lexington Avenue, 17th Floor
New York, NY 10017
Telephone:  (212) 350-2700
Facsimile:  (212) 350-2701

*Counsel for Discover Financial Services LLC*

Donald L. Flexner:  dflexner@bsfllp.com
**BOIES, SCHILLER & FLEXNER LLP**
575 Lexington Avenue, 7th Floor
New York, New York 10022
Telephone:  (212) 446-2300
Facsimile:  (212) 446-2350

Richard A. Feinstein:  rfeinstein@bsfllp.com
Robert M. Cooper:  rcooper@bsfllp.com
**BOIES, SCHILLER & FLEXNER LLP**
5301 Wisconsin Avenue, N.W., 8th Floor
Washington, DC 200015
Telephone:  (202) 237-2727
Facsimile:  (202) 237-6131

Richard B. Drubel:  rdrubel@bsfllp.com (hard copy designee)
**BOIES, SCHILLER & FLEXNER LLP**
26 South Main Street
Hanover, New Hampshire 03755
Telephone:  (603) 643-9090
Facsimile:  (603) 643-9010

*Counsel for American Express Travel Related Services Company, Inc.*

Executed on April 13, 2007, at New York, New York.

\s\
Adam Nyhan