UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DISCOVER FINANCIAL SERVICES, INC.,

    Plaintiff,

v.

VISA U.S.A., INC., *et al.*,

    Defendants.

_____/

No. C-07-80096 MISC PJH (EMC)

**ORDER FINDING PLAINTIFF'S MOTION TO COMPEL MOOT**

**(Docket Nos. 13, 22)**

    Plaintiff Discover Financial Services, Inc. filed a motion to compel compliance with a subpoena duces tecum by nonparty Edgar, Dunn & Company ("EDC"). Discover and EDC appeared for a hearing on the motion on May 2, 2007.

    At the hearing, the Court provided Discover and EDC with guidance on the remaining discovery disputes and ordered a further meet and confer. As the Court noted, it was inclined to order production of, *e.g.*, documents referring to Discovery and American Express, but not general documents generic to the industry or drafts and background documents related thereto.

    The meet and confer resolved all outstanding disputes. Accordingly, Discover's motion to compel is moot.

    IT IS SO ORDERED.

Dated: May 4, 2007

_____
EDWARD M. CHEN
United States Magistrate Judge